F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 14 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Michael** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Fasman** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Dina** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Fasman** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 8 5 9 7 <br> OR <br> 9xx – xx – ____ ____ ____ | xxx – xx – 9 8 8 9 <br> OR <br> 9xx – xx – ____ ____ ____ |

Debtor 1   **Michael Fasman**

Debtor 2   **Dina Fasman**

Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

**5.  Where you live**

**1402 Nottingam Ct., Suite C2**
Number    Street

**Wheeling                IL        60090**
City                        State      ZIP Code

**Cook**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                        State      ZIP Code

If Debtor 2 lives at a different address:

**1402 Nottingham Ct., Suite C2**
Number    Street

**Wheeling                IL        60090**
City                        State      ZIP Code

**Cook**
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                        State      ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

| Debtor 1 | **Michael Fasman** | | |
|---|---|---|---|
| Debtor 2 | **Dina Fasman** | Case number (if known) | |

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known _____ |

**11.** **Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | Case number (if known) _____ |

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
Number    Street

_____

_____
City                                    State        ZIP Code

Debtor 1    **Michael Fasman**
Debtor 2    **Dina Fasman**                                                   Case number (if known) _____

## Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | Case number (if known) _____ |

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor 1 | **Michael Fasman** | | |
|---|---|---|---|
| Debtor 2 | **Dina Fasman** | | Case number (if known) _____ |

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Michael Fasman, Debtor 1

X _____
Dina Fasman, Debtor 2

Executed on **07/09/2017**
MM / DD / YYYY

Executed on **07/09/2017**
MM / DD / YYYY

Debtor 1  **Michael Fasman**
Debtor 2  **Dina Fasman** _____  Case number (if known) _____

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**<br><br>To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.<br><br>You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**<br><br>If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply. |

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes.   Name of Person   **Daiva Indriuliene** _____
Attach   *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*   (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____      X _____
Michael Fasman, Debtor 1                            Dina Fasman, Debtor 2

Date  **07/09/2017**                                        Date  **07/09/2017**
MM / DD / YYYY                                            MM / DD / YYYY

Contact phone _____        Contact phone _____

Cell phone  **(847) 736-2279**                      Cell phone  **(847) 877-4917**

Email address _____        Email address _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | | **Fasman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dina** | | **Fasman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | **$160,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | **$12,965.16** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | **$172,965.16** |

### Part 2:     Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$195,102.10** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$316,028.62** |
| | | Your total liabilities   **$511,130.72** |

### Part 3:     Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................................. | **$5,591.79** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................. | **$5,496.88** |

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | |
| | | Case number (if known) _____ |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$5,648.95

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

|  |  | Total claim |
|---|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** | | |
| 9a. | Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b. | Taxes and certain other debts you owe the government.  (Copy line 6b.) | $0.00 |
| 9c. | Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d. | Student loans.  (Copy line 6f.) | $12,303.00 |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g. | **Total.**  Add lines 9a through 9f. | $12,303.00 |

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Michael | | Fasman | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Dina | | Fasman | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes.  Where is the property?

**1.1.**

**1402 Nottingam Ct.,**
Street address, if available, or other description

**Wheeling            IL      60090**
City                          State   ZIP Code

**Cook**
County

**Two bedroom 2 bath condominium**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $160,000.00 | $160,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Primary Residence**

☐ Check if this is community property (see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................ ➔

| $160,000.00 |
|---|

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Make:   **HONDA**

Model:   **CR-V**

Year:   **2011**

Approximate mileage:   **60,500**

Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,200.00** | **$8,200.00** |

Other information:

**2011 HONDA CR-V (approx. 60500 miles)**

☐ Check if this is community property (see instructions)

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................➔

| | $8,200.00 |
|---|---|

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.....   **General and ordinary household goods and furnishing**          $650.00

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.....   **TV, Computer**          $560.00

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes. Describe.....

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.....   **Necessary wearing appear**          $650.00

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | Case number (if known) _____ |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... **Costume jewelry**                                        $60.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here...................................➔   $1,920.00

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes..................................................................... Cash: ......................   $56.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..........................         Institution name:

| 17.1. | Checking account: | **Checking account Buffalo Grove Bank Trust #705615144** | $120.00 |
|---|---|---|---|
| 17.2. | Savings account: | **Savings account Buffalo Grove Bank Trust #7047078924** | $100.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................   Institution or issuer name:

| Debtor 1 | **Michael Fasman** | | |
|---|---|---|---|
| Debtor 2 | **Dina Fasman** | | Case number (if known) |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
information about
them.......................... Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes. List each
account separately.    Type of account:    Institution name:

|  | IRA: | **IRA, Principal Bank # 990000273170** | $2,569.16 |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.......................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.......................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.......................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Give specific
information about them                                                    _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific
information about them                                                    _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific
information about them                                                    _____

Debtor 1    **Michael Fasman**

Debtor 2    **Dina Fasman**
_____    Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: _____

State: _____

Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information

_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value................    Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................** ➔    $2,845.16

Debtor 1    **Michael Fasman**

Debtor 2    **Dina Fasman**    Case number (if known) _____

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..    _____

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..    _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..    _____

41.  **Inventory**

☑ No
☐ Yes.  Describe..    _____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes.  Describe.....    _____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**............................................................ ➔   | $0.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

---

Debtor 1    **Michael Fasman**
Debtor 2    **Dina Fasman**

Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes....
    _____

48. **Crops--either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information................
    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes....
    _____

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes....
    _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information................
    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here....................................................................** ➔ | $0.00 |

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here..........................** ➔ | $0.00 |

Debtor 1    **Michael Fasman**
Debtor 2    **Dina Fasman**

Case number (if known) _____

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  Part 1: Total real estate, line 2 ................................................................................................➔    **$160,000.00**

56.  Part 2: Total vehicles, line 5       **$8,200.00**

57.  Part 3: Total personal and household items, line 15       **$1,920.00**

58.  Part 4: Total financial assets, line 36       **$2,845.16**

59.  Part 5: Total business-related property, line 45       **$0.00**

60.  Part 6: Total farm- and fishing-related property, line 52       **$0.00**

61.  Part 7: Total other property not listed, line 54    +      **$0.00**

62.  **Total personal property.**   Add lines 56 through 61 .................    **$12,965.16**    Copy personal property total ➔   +    **$12,965.16**

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62 ........................................................    **$172,965.16**

Fill in this information to identify your case:

| Debtor 1 | Michael | | Fasman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dina | | Fasman |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                           04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Two bedroom 2 bath condominium**<br>Line from *Schedule A/B*:   1.1 | $160,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**2011 HONDA CR-V (approx. 60500 miles)**<br>Line from *Schedule A/B*:   3.1 | $8,200.00 | ☑ $5,627.32<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1   **Michael Fasman**
Debtor 2   Dina Fasman

Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**General and ordinary household goods and furnishing**<br>Line from *Schedule A/B*: ___6___ | $650.00 | ☑ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**TV, Computer**<br>Line from *Schedule A/B*: ___7___ | $560.00 | ☑ $560.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Cash on hand**<br>Line from *Schedule A/B*: ___16___ | $56.00 | ☑ $56.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Checking account Buffalo Grove Bank Trust #705615144**<br>Line from *Schedule A/B*: ___17.1___ | $120.00 | ☑ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Savings account Buffalo Grove Bank Trust #7047078924**<br>Line from *Schedule A/B*: ___17.2___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**IRA, Principal Bank # 990000273170**<br>Line from *Schedule A/B*: ___21___ | $2,569.16 | ☑ $2,591.57<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Michael Fasman**
        **Dina Fasman**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $160,000.00 | $189,474.78 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $8,200.00 | $5,627.32 | $2,572.68 | $5,627.32 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $650.00 | $650.00 | $0.00 | $650.00 | $0.00 |
| 7. | Electronics | $560.00 | $560.00 | $0.00 | $560.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $650.00 | $650.00 | $0.00 | $0.00 | $0.00 |
| 12. | Jewelry | $60.00 | $60.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $56.00 | $56.00 | $0.00 | $56.00 | $0.00 |
| 17. | Deposits of money | $220.00 | $220.00 | $0.00 | $220.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $2,569.16 | $2,569.16 | $0.00 | $2,591.57 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Michael Fasman**
     **Dina Fasman**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$172,965.16** | **$199,867.26** | **$2,572.68** | **$9,704.89** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Michael Fasman**
          **Dina Fasman**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $172,965.16 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $172,965.16 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $199,867.26 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $199,867.26 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $2,572.68 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $2,572.68 |
| J. Total Exemptions Claimed | $9,704.89 |
| K. Total Non-Exempt Property Remaining  (G-J) | $0.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Michael** | | **Fasman** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dina** | | **Fasman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)   _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

AMERICAN HONDA FINANCE
Creditor's name
2170 POINT BLVD; SUITE 100
Number   Street

_____

ELGIN      IL    60123
City        State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim relates
to a community debt

Date debt was incurred   08/2014

Describe the property that
secures the claim:
**2011 HONDA CR-V (approx.
60500 miles)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number   8  0  7  4

|  | $5,627.32 | $8,200.00 | |

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $5,627.32 |

| Debtor 1 | **Michael Fasman** |
|---|---|
| Debtor 2 | **Dina Fasman** |

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.2 |
|---|

Describe the property that secures the claim: **$189,474.78**   **$160,000.00**   **$29,474.78**

**Ocwen Loan Servicing**
Creditor's name

**12650 Ingenuity Dr.,**
Number    Street

**Two bedroom, 2 bath condominium**

_____

**Orlando        FL   32826**
City           State  ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred**   12/2008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number    5  4  9  2

Add the dollar value of your entries in Column A on this page. Write that number here:    **$189,474.78**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$195,102.10**

**Fill in this information to identify your case:**

| Debtor 1 | Michael | | Fasman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dina | | Fasman |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
☒ No.  Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |
|---|---|
|  | **Total claim** |

### 4.1

**Advocate Lutheran General Hospital**
Nonpriority Creditor's Name
**Advocate Health Care**
Number     Street
**P.O. Box: 4249**

**Carol Stream         IL      60197**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$344.01**

**Last 4 digits of account number**   4   0   3   2
**When was the debt incurred?**   09/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Non-Purchase Money**

### 4.2

**Advocate Medical Group**
Nonpriority Creditor's Name
**P.O. Box: 92523**
Number     Street

**Chicago              IL      60675-2523**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$49.16**

**Last 4 digits of account number**   6   3   5   5
**When was the debt incurred?**   09/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Medical**

| Debtor 1 | **Michael Fasman** | | |
|---|---|---|---|
| Debtor 2 | **Dina Fasman** | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | $18,564.09 |
|---|---|---|

**ARS National Services, Inc**
Nonpriority Creditor's Name
**P.O. Box 469100**
Number         Street
_____

| **Escondido** | **CA** | **92046-9100** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1  4  9  1
**When was the debt incurred?**   01/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - CITI**

| 4.4 | | $3,000.00 |
|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982236**
Number         Street
_____

| **El Paso** | **TX** | **79998** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8  8  3  1
**When was the debt incurred?**   12/2003

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.5 | | $3,000.00 |
|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**400 Christiana Road**
Number         Street
_____

| **Newark** | **DE** | **19713** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   12/2003

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**

$2,887.00

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982235**
Number       Street

_____

**El Paso**              **TX**    **79998**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7  2  1  6**
**When was the debt incurred?**   **03/2006**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.7**

$8,126.00

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982235**
Number       Street

_____

**El Paso**              **TX**    **79998**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3  6  8  1**
**When was the debt incurred?**   **09/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.8**

$6,882.00

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982235**
Number       Street

_____

**El Paso**              **TX**    **79998**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8  9  6  1**
**When was the debt incurred?**   **03/2006**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$5,755.00**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 982235**
Number        Street

_____

_____

| **El Paso** | **TX** | **79998** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   0   3   1
**When was the debt incurred?**   02/2004

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

### 4.10

**$5.00**

**Capital One**
Nonpriority Creditor's Name
**1441 Schilling Place**
Number        Street

_____

| **Salinas** | **CA** | **93901** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8   0   5   5
**When was the debt incurred?**   04/2005

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

### 4.11

**$500.00**

**CAPITAL ONE**
Nonpriority Creditor's Name
**PO BOX 85064**
Number        Street

_____

| **GLENN ALLEN** | **VA** | **23058** |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __   __   __   __
**When was the debt incurred?**   04/2002

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

| 4.12 | | $505.00 |
|---|---|---|

**Capital One - BK**
Nonpriority Creditor's Name
**PO Box 85167**
Number       Street
**Richmond VA 23285.5167**

City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   4   6   4
**When was the debt incurred?**   09/2005

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

| 4.13 | | $304.00 |
|---|---|---|

**Capital One - BK**
Nonpriority Creditor's Name
**PO Box 85167**
Number       Street
**Richmond VA 23285.5167**

City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   4   9   8   7
**When was the debt incurred?**   02/2006

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

| 4.14 | | $1,000.00 |
|---|---|---|

**Capital One - BK**
Nonpriority Creditor's Name
**PO Box 85167**
Number       Street
**Richmond VA 23285.5167**

City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   5   9   6   0
**When was the debt incurred?**   12/2004

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Debtor 1  **Michael Fasman**
Debtor 2  **Dina Fasman**                                    Case number (if known) _____

████ **Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.                                                                  | Total claim |

| 4.15 |                                                                       **$109.00**

**Capital One/Best Buy**
Nonpriority Creditor's Name
**1405 Foulk Roud**
Number      Street

_____

**Wilmington**          **DE**    **19808**
City                    State    ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5**  **1**  **9**  **8**
**When was the debt incurred?**      **11/2004**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| 4.16 |                                                                       **$981.00**

**CB/JCREW**
Nonpriority Creditor's Name
**P.O. Box 182273**
Number      Street

_____

**Columbus**            **OH**    **43218**
City                    State    ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0**  **8**  **0**  **4**
**When was the debt incurred?**      **08/2011**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| 4.17 |                                                                       **$600.00**

**CBNA**
Nonpriority Creditor's Name
**PO Box 15687**
Number      Street

_____

**Wilmington**          **DE**    **19880**
City                    State    ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4**  **2**  **3**  **7**
**When was the debt incurred?**      **12/2001**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Line of Credit**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.18 | | $4,254.00 |

**Chase**
Nonpriority Creditor's Name
**201 N Walnut St**
Number      Street
**Mailstop DE1-1027**

**Wilmington          DE    19801**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   8  4  1  6
**When was the debt incurred?**   01/2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| 4.19 | | $5,100.00 |

**Chase Card**
Nonpriority Creditor's Name
**800 Brooksedge Blvd**
Number      Street

**Westerville          OH    43081**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   7  0  0  1
**When was the debt incurred?**   06/2002

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| 4.20 | | $1,800.00 |

**Chase Card**
Nonpriority Creditor's Name
**800 Brooksedge Blvd**
Number      Street

**Westerville          OH    43081**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   6  5  4  6
**When was the debt incurred?**   10/2005

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

Debtor 1  **Michael Fasman**
Debtor 2  **Dina Fasman**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

**$5,000.00**

**Chase Card**
Nonpriority Creditor's Name
**800 Brooksedge Blvd**
Number        Street

_____

_____

**Westerville        OH    43081**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **6  5  2  6**
**When was the debt incurred?**    **12/2003**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

### 4.22

**$4,000.00**

**Citi**
Nonpriority Creditor's Name
**P.O. Box 6500**
Number        Street

_____

**Sioux Falls        SD    57117**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **5  9  2  6**
**When was the debt incurred?**    **10/2004**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

### 4.23

**$4,000.00**

**Citi**
Nonpriority Creditor's Name
**P.O. Box 6500**
Number        Street

_____

**Sioux Falls        SD    57117**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **0  7  4  9**
**When was the debt incurred?**    **12/2007**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.24

**Citi**
Nonpriority Creditor's Name
**P.O. Box 6500 C/O Citi Corp**
Number      Street

_____

_____

**Sioux Falls**            **SD**   **57117**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$18,564.00

**Last 4 digits of account number**   **4**  **7**  **7**  **2**
**When was the debt incurred?**    01/2006

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

### 4.25

**Citi**
Nonpriority Creditor's Name
**PO Box 6500 C/O Citi Corp**
Number      Street

_____

_____

**Sioux Falls**            **SD**   **57117**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,317.00

**Last 4 digits of account number**   **5**  **4**  **0**  **7**
**When was the debt incurred?**    01/2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

### 4.26

**Citizens One**
Nonpriority Creditor's Name
**1000 Lafayette Blvd.,**
Number      Street

_____

_____

**Bridgeport**            **CA**   **06604**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$4,210.00

**Last 4 digits of account number**   **0**  **1**  **8**  **3**
**When was the debt incurred?**    10/2004

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | |
| | | Case number (if known) _____ |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**

$8,130.00

**CLIENT SERVICES**
Nonpriority Creditor's Name
**3451 HARRY S TRUMAN BLVD**
Number        Street

Last 4 digits of account number    5    5    2    8

When was the debt incurred?    05/18/2017

**SAINT CHARLES        MO    63301-4047**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - Bank of America**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.28**

$5,756.00

**CLIENT SERVICES**
Nonpriority Creditor's Name
**3451 HARRY S TRUMAN BLVD**
Number        Street

Last 4 digits of account number    5    9    1    3

When was the debt incurred?    05/18/2017

**SAINT CHARLES        MO    63301-4047**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - Bank Of America**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.29**

$6,883.00

**CLIENT SERVICES**
Nonpriority Creditor's Name
**3451 HARRY S TRUMAN BLVD**
Number        Street

Last 4 digits of account number    6    5    7    4

When was the debt incurred?    05/18/2017

**SAINT CHARLES        MO    63301-4047**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - Bank Of America**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor 1 | **Michael Fasman** |
|---|---|
| Debtor 2 | **Dina Fasman** |

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.30**

**$1,064.00**

**CLIENT SERVICES**
Nonpriority Creditor's Name
**3451 HARRY S TRUMAN BLVD**
Number        Street

**SAINT CHARLES       MO    63301-4047**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   3   8   7
**When was the debt incurred?**   01/04/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Collecting for - CHASE BANK**

---

**4.31**

**$1,000.00**

**Comenity Bank**
Nonpriority Creditor's Name
**P.O. Box 182125**
Number        Street

**Columbus           OH    43218-2125**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __  __  __  __
**When was the debt incurred?**   10/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Collecting for - JCrew credit card**

---

**4.32**

**$8,126.35**

**Credit Control, LLC**
Nonpriority Creditor's Name
**P.O. Box: 546**
Number        Street

**Hazelwood           MO    63042-0546**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   8   0   7
**When was the debt incurred?**   02/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Collecting for - Bank of America**

---

| Debtor 1 | **Michael Fasman** |
|----------|---------------------|
| Debtor 2 | **Dina Fasman** |

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.33

**$6,882.86**

**Credit Control, LLC**
Nonpriority Creditor's Name
**P.O. Box: 546**
Number        Street

**Hazelwood**         **MO**   **63042-0546**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4**  **8**  **2**  **0**
**When was the debt incurred?**   **02/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Bank of America**

### 4.34

**$5,755.34**

**Credit Control, LLC**
Nonpriority Creditor's Name
**P.O. Box: 546**
Number        Street

**Hazelwood**         **MO**   **63042-0546**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5**  **1**  **6**  **3**
**When was the debt incurred?**   **02/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Bank of America**

### 4.35

**$12,303.00**

**Department of Education**
Nonpriority Creditor's Name
**P.O. Box: 9655**
Number        Street

**Wilkes-Barre**        **PA**   **18773**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0**  **1**  **3**  **0**
**When was the debt incurred?**   **05/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | |
| | | Case number (if known) _____ |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.36

**Discover Bank**
Nonpriority Creditor's Name
**P.O. Box 15316**
Number       Street

**$6,180.00**

**Wilmington            DE      19850**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8   0   2   8
**When was the debt incurred?**   09/2002

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

### 4.37

**Global Credit & Collection Corp**
Nonpriority Creditor's Name
**5440 N. Cumberland Ave., Suite 300**
Number       Street

**$6,882.86**

**Chicago               IL      60656-1490**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   4   4   0
**When was the debt incurred?**   01/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for - Banl of America**

### 4.38

**Global Credit & Collection Corp**
Nonpriority Creditor's Name
**5440 N. Cumberland Ave., Suite 300**
Number       Street

**$8,126.35**

**Chicago               IL      60656-1490**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   5   8   9
**When was the debt incurred?**   01/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for - Bank of America**

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | |
| | | Case number (if known) _____ |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.39

|  |  | **$5,755.34** |
|---|---|---|

**Global Credit & Collection Corp**
Nonpriority Creditor's Name
**5440 N. Cumberland Ave., Suite 300**
Number       Street

**Chicago**               **IL**    **60656-1490**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8   4   4   9**
**When was the debt incurred?**   **01/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collecting for - Bank of America**

---

### 4.40

|  |  | **$365.00** |
|---|---|---|

**Harris & Harris Ltd**
Nonpriority Creditor's Name
**111 West Jackson Boulevard**
Number       Street
**Suite 400**

**Chicago**               **IL**    **60604-4134**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   6   4   4**
**When was the debt incurred?**   **11/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collecting for - Northwestern Medicine**

---

### 4.41

|  |  | **$365.00** |
|---|---|---|

**Harris & Harris Ltd**
Nonpriority Creditor's Name
**111 West Jackson Boulevard**
Number       Street
**Suite 400**

**Chicago**               **IL**    **60604-4134**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6   2   4   4**
**When was the debt incurred?**   **01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collecting for - Northwestern Medicine**

---

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.42**

| | $1,569.75 |
|---|---|

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

**Chicago**          **IL**    **60674**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5   4   9   2**
**When was the debt incurred?**   **11/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Non-Purchase Money**

**4.43**

| | $129.76 |
|---|---|

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

**Chicago**          **IL**    **60674**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5   4   9   2**
**When was the debt incurred?**   **11/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Non-Purchase Money**

**4.44**

| | $335.00 |
|---|---|

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

**Chicago**          **IL**    **60674**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5   4   9   2**
**When was the debt incurred?**   **11/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Non-Purchase Money**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.45

**$1,608.00**

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number     Street
_____
_____
**Chicago             IL     60674**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   4   9   2
**When was the debt incurred?**   02/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Non-Purchase Money**

### 4.46

**$33.99**

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number     Street
_____
_____
**Chicago             IL     60674**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   4   9   2
**When was the debt incurred?**   12/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Non-Purchase Money**

### 4.47

**$129.76**

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number     Street
_____
_____
**Chicago             IL     60674**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   4   9   2
**When was the debt incurred?**   01/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Non-Purchase Money**

Debtor 1    **Michael Fasman**
Debtor 2    **Dina Fasman**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.48**

$144.58

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

_____

**Chicago**                **IL**    **60674**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **5    4    9    2**
**When was the debt incurred?**    **01/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Non-Purchase Money**

**4.49**

$77.87

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

_____

**Chicago**                **IL**    **60674**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **5    4    9    2**
**When was the debt incurred?**    **12/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Non-Purchase Money**

**4.50**

$1,940.23

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

_____

**Chicago**                **IL**    **60674**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **5    4    9    2**
**When was the debt incurred?**    **01/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Non-Purchase Money**

| Debtor 1 | **Michael Fasman** | |
| Debtor 2 | **Dina Fasman** | |
| | | Case number (if known) _____ |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.51**

**$1,608.26**

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

_____

**Chicago**                    **IL**      **60674**
City                                   State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5**  **4**  **9**  **2**
**When was the debt incurred?**   **12/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Non-Purchase Money**

**4.52**

**$2,058.43**

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

_____

**Chicago**                    **IL**      **60674**
City                                   State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5**  **4**  **9**  **2**
**When was the debt incurred?**   **02/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Non-Purchase Money**

**4.53**

**$144.58**

**IL Bone amd Joint Institute**
Nonpriority Creditor's Name
**5057 Paysphere Circle,**
Number        Street

_____

_____

**Chicago**                    **IL**      **60674**
City                                   State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5**  **4**  **9**  **2**
**When was the debt incurred?**   **12/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Non-Purchase Money**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.54

**IL BONE AND JOINT INSTITUTE REHAB**
Nonpriority Creditor's Name
**5057 PAYSHERE CIRCLE**
Number       Street

_____

**CHICAGO**                **IL**   **60674-5057**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$203.86**

**Last 4 digits of account number**   **5   4   9   2**
**When was the debt incurred?**   **03/03/2016**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Non-Purchase Money**

### 4.55

**IL BONE AND JOINT INSTITUTE REHAB**
Nonpriority Creditor's Name
**5057 PAYSHERE CIRCLE**
Number       Street

_____

**CHICAGO**                **IL**   **60674-5057**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$183.26**

**Last 4 digits of account number**   **5   4   9   2**
**When was the debt incurred?**   **02/18/2016**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Non-Purchase Money**

### 4.56

**Illinois Collection Service, Inc**
Nonpriority Creditor's Name
**P.O. Box: 1010**
Number       Street

_____

**Tinley Park**            **IL**   **60477-9110**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$1,485.78**

**Last 4 digits of account number**   **8   0   1   9**
**When was the debt incurred?**   **16818019**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collecting for - Ravine Way Surgery Centers**

Debtor 1  **Michael Fasman**
Debtor 2  **Dina Fasman**

Case number (if known) _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.57 | | $100.00 |

**MCYDSNB**
Nonpriority Creditor's Name
**9111 Duke Blvd.**
Number        Street

**Mason**          **OH**   **45040**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**   08/20013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

| 4.58 | | $9,139.00 |

**Midland Credit Management, Inc**
Nonpriority Creditor's Name
**8875 Arrow Drive Suite 200**
Number        Street

**San Diego**       **CA**   **92123**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   2  9  5  7
**When was the debt incurred?**   05/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - CITIBANK**

| 4.59 | | $4,255.00 |

**NATIONWIDE CREDIT, INC**
Nonpriority Creditor's Name
**P.O. BOX: 14581**
Number        Street

**DES MOINES**     **IA**   **50306-3581**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8  4  7  4
**When was the debt incurred?**   03/20/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - CHASE BANK**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.60**

**NES of Ohio**
Nonpriority Creditor's Name
**29125 Solon Rd**
Number      Street

**Solon**          **OH**   **44139-3442**
City                State      ZIP Code

**$5,755.34**

Last 4 digits of account number   **4   4   9   5**

**When was the debt incurred?**   **04/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Bank of America**

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.61**

**NES of Ohio**
Nonpriority Creditor's Name
**29125 Solon Rd**
Number      Street

**Solon**          **OH**   **44139-3442**
City                State      ZIP Code

**$8,126.35**

Last 4 digits of account number   **4   7   1   8**

**When was the debt incurred?**   **04/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Bank of America**

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.62**

**NES of Ohio**
Nonpriority Creditor's Name
**29125 Solon Rd**
Number      Street

**Solon**          **OH**   **44139-3442**
City                State      ZIP Code

**$6,882.86**

Last 4 digits of account number   **4   6   8   2**

**When was the debt incurred?**   **04/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Bank of America**

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 22

| Debtor 1 | **Michael Fasman** |
|---|---|
| Debtor 2 | **Dina Fasman** |

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.63**

                                                                                    **$10,951.68**

**Northland Group Inc.**
Nonpriority Creditor's Name
**PO Box 390900**
Number        Street
**Minneapolis, MN 55439**

**Mail Code UBNB**

City                        State        ZIP Code

Last 4 digits of account number    **0    6    0    0**

When was the debt incurred?    **01/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for - US Bank**

---

**4.64**

                                                                                    **$3,282.00**

**NORTHLAND GROUP, INC**
Nonpriority Creditor's Name
**P.O. BOX: 390846**
Number        Street
**MAIL CODE S0062**

**MINNEAPOLIS        MN    55439**
City                        State    ZIP Code

Last 4 digits of account number    **6    7    6    3**

When was the debt incurred?    **05/21/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for - CITIBANK**

---

**4.65**

                                                                                    **$304.50**

**NorthShore University HealthSystem**
Nonpriority Creditor's Name
**Billing Department**
Number        Street
**23056 Network Place**

**Chicago            IL    60673-1230**
City                        State    ZIP Code

Last 4 digits of account number    **8    1    9    8**

When was the debt incurred?    **01/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Non-Purchase Money**

---

| | |
|---|---|
| Debtor 1 | **Michael Fasman** |
| Debtor 2 | **Dina Fasman** |

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.66

$240.20

**Pinnacle Management Services**
Nonpriority Creditor's Name
**830 Roundabout, Suite B**
Number        Street

_____

_____

**West Dundee**          **IL**    **60118**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   5  7  0  1
**When was the debt incurred?**   09/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Collecting for - NorthShore University**

---

4.67

$64.30

**Pinnacle Management Services**
Nonpriority Creditor's Name
**830 Roundabout, Suite B**
Number        Street

_____

_____

**West Dundee**          **IL**    **60118**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   9  0  1  4
**When was the debt incurred?**   09/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Collecting for - NorthShore University**

---

4.68

$1,500.00

**PNC Bank**
Nonpriority Creditor's Name
**P.O. Box 500k-A16-2j**
Number        Street
**Portage, MI 888-762-2265**

_____

City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   2  7  1  6
**When was the debt incurred?**   02/2004

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Credit Card**

---

| Debtor 1 | **Michael Fasman** |
|----------|--------------------|
| Debtor 2 | **Dina Fasman** |

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.69**

**PNC Bank**
Nonpriority Creditor's Name
**P.O. Box 3180**
Number        Street

$8,800.00

Last 4 digits of account number    **7    5    6    2**

When was the debt incurred?    **04/2005**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pittsburgh.            PA      15222**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

---

**4.70**

**Portfolio Recovery Associates LLC**
Nonpriority Creditor's Name
**P.O. Box 12914**
Number        Street

$981.55

Last 4 digits of account number    **5    0    8    7**

When was the debt incurred?    **11/2015**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Norfolk            VA      23541**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - J. Crew**

---

**4.71**

**Ravine Way Surgerry Center LLC**
Nonpriority Creditor's Name
**231 West Dresden**
Number        Street

$1,485.78

Last 4 digits of account number    **6    9    9    1**

When was the debt incurred?    **12/2015**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Palatine            IL      60067**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Non-Purchase Money**

---

Debtor 1    **Michael Fasman**
Debtor 2    **Dina Fasman**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.72**

**$20,764.55**

**SUNRISE CREDIT SERVICES, INC**
Nonpriority Creditor's Name
**P.O. BOX: 9100**
Number    Street

**FARMINGDALE        NY    11735-9100**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **4    0    5    2**
**When was the debt incurred?**    **12/10/2016**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Collecting for - BANK OF AMERICA**

**4.73**

**$1,024.00**

**SYNCB/GAP**
Nonpriority Creditor's Name
**PO BOX 981400**
Number    Street

**El Paso        TX    79998**
City              State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **5    4    4    3**
**When was the debt incurred?**    **08/2010**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Credit Card**

**4.74**

**$3,317.10**

**United Collection Bureau inc**
Nonpriority Creditor's Name
**5620 Southwyck Blvd #206**
Number    Street

**Toledo        OH    43614**
City              State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    **0    5    1    0**
**When was the debt incurred?**    **01/2016**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Collecting for - CITIBANK**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.75**

$49.16

**UNITED RECOVERY SERVICE, L.L.C.**
Nonpriority Creditor's Name
**18525 TORRENCE AVE., SUITE C-6**
Number   Street

**LANSING**          **IL**    **60438**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7  7  3  4**
**When was the debt incurred?**   **2/12/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - ADVOCATE MED GRP**

---

**4.76**

$10,951.68

**United Recovery Systems, LP**
Nonpriority Creditor's Name
**PO Box 722929**
Number   Street

**Houston**          **TX**    **77272-2929**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5  7  6  4**
**When was the debt incurred?**   **09/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - U.S. Bank**

---

**4.77**

$10,951.00

**US Bank**
Nonpriority Creditor's Name
**3881 Gravois Ave**
Number   Street

**St. Louis**          **MO**    **63116**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4  3  9  3**
**When was the debt incurred?**   **03/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

### 4.78

$218.10

**Van Ru Credit Corp**
Nonpriority Creditor's Name
**1350 E Touhy Ave., Suite 300E**
Number        Street

_____

**Des Plaines**          **IL**    **60018-9207**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   0   5   5**
**When was the debt incurred?**   **01/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - NorthShore University**

### 4.79

$8,800.00

**Weltman, Weinberg & Reis Co., LPA**
Nonpriority Creditor's Name
**323 W Lakeside Ave., Suite 200**
Number        Street

_____

**Cleveland**          **OH**    **44113-1009**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **8   3   8   1**
**When was the debt incurred?**   **09/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - PNC Bank**

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman**
_____   Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $0.00 |

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $12,303.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $303,725.62 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $316,028.62 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael | | Fasman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dina | | Fasman |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

    Person or company with whom you have the contract or lease        State what the contract or lease is for

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | | **Fasman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dina** | | **Fasman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Schedule G (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

| Fill in this information to identify your case: | | | |
|---|---|---|---|

| Debtor 1 | Michael | | Fasman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Dina | | Fasman |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Wound Care Specialist** | **Teacher assistant** |
| Employer's name | | **HCR Manor Care** | **Da Vinci Waldorf School** |
| Employer's address | | **3300 Milwaukee Ave.,**<br>Number  Street | **150 W. Bonner Rd.,**<br>Number  Street |
| | | **Northbrook**  IL  **60062**<br>City  State  Zip Code | **Wauconda**  IL  **60084**<br>City  State  Zip Code |
| How long employed there? | | **11 years** | **l YEAR** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$5,931.88** | **$1,824.40** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$5,931.88** | **$1,824.40** |

Debtor 1   **Michael Fasman**

Debtor 2   **Dina Fasman**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................... ➔ | 4. | $5,931.88 | $1,824.40 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $1,268.95 | $365.50 |
| 5b. Mandatory contributions for retirement plans | 5b. | $355.92 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $5.14 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $158.04 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: __LEGAL SERVICES__ | 5h.+ | $10.94 | $0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,798.99 | $365.50 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $4,132.89 | $1,458.90 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $0.00 | $0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,132.89 | + | $1,458.90 | = | $5,591.79 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                  11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.     12. $5,591.79

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| None. |
|---|

Debtor 1    **Michael Fasman**

Debtor 2    **Dina Fasman**

Case number (if known) _____

1.    Additional Employers    <u>Debtor 1</u>                                    <u>Debtor 2 or non-filing spouse</u>

Occupation          **LifeCare Home Health & In Home Service**

Employer's name     **3400 Dundee Rd.,**

Employer's address

| **Northbrook** | **IL** | **60062** | | | |
|----------------|--------|-----------|---|---|---|
| City | State | Zip Code | City | State | Zip Code |

How long employed there?    **4 months**

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Michael** | | **Fasman** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Dina** | | **Fasman** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
   ☑ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?

   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 7 | ☐ No  ☑ Yes |
| Son | 4 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $1,283.68 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $242.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $32.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | |
| 4d. | Homeowner's association or condominium dues | 4d. | $246.00 |

| | |
|---|---|
| Debtor 1 | **Michael Fasman** |
| Debtor 2 | **Dina Fasman** |

Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | _____ |
| 6. | Utilities: | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $316.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $82.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $292.00 |
| | 6d.  Other. Specify: _____ | 6d. | _____ |
| 7. | Food and housekeeping supplies | 7. | $1,100.00 |
| 8. | Childcare and children's education costs | 8. | $400.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $210.00 |
| 10. | Personal care products and services | 10. | $70.00 |
| 11. | Medical and dental expenses | 11. | $450.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $195.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $60.00 |
| 14. | Charitable contributions and religious donations | 14. | _____ |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $135.00 |
| | 15b.  Health insurance | 15b. | _____ |
| | 15c.  Vehicle insurance | 15c. | $128.20 |
| | 15d.  Other insurance. Specify: _____ | 15d. | _____ |
| 16. | Taxes.   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | Installment or lease payments: | | |
| | 17a.  Car payments for Vehicle 1   **HONDA CR-V** | 17a. | $255.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.  Other. Specify: _____ | 17c. | _____ |
| | 17d.  Other. Specify: _____ | 17d. | _____ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | _____ |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. | _____ |

Debtor 1    **Michael Fasman**
Debtor 2    **Dina Fasman**
_____    Case number (if known) _____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.  Mortgages on other property                   20a. _____

   20b.  Real estate taxes                           20b. _____

   20c.  Property, homeowner's, or renter's insurance     20c. _____

   20d.  Maintenance, repair, and upkeep expenses     20d. _____

   20e.  Homeowner's association or condominium dues   20e. _____

21.  **Other.**  Specify: _____    21. + _____

22.  **Calculate your monthly expenses.**

   22a.  Add lines 4 through 21.                   22a. **$5,496.88**

   22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. _____

   22c.  Add line 22a and 22b.  The result is your monthly expenses.   22c. **$5,496.88**

23.  **Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a. **$5,591.79**

   23b.  Copy your monthly expenses from line 22c above.   23b. − **$5,496.88**

   23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.   23c. **$94.91**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
     **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | | **Fasman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dina** | | **Fasman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes.   Name of person   **Daiva Indriuliene** _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Michael Fasman, Debtor 1

X _____

Dina Fasman, Debtor 2

Date **07/09/2017** _____
   MM / DD / YYYY

Date **07/09/2017** _____
   MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | | **Fasman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dina** | | **Fasman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)  _____

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                  04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
your name and case number (if known). Answer every question.

---

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

---

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
    Washington, and Wisconsin.)
    ☑ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Michael Fasman**

Debtor 2    **Dina Fasman**

Case number (if known) _____

## Part 2:    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $29,502.75 | ☑ Wages, commissions, bonuses, tips | $5,443.37 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2016__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $67,679.00 | ☑ Wages, commissions, bonuses, tips | $12,600.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2015__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $61,045.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☑ No
    ☐ Yes. Fill in the details.

| Debtor 1 | **Michael Fasman** | |
|---|---|---|
| Debtor 2 | **Dina Fasman** | |

Case number (if known) _____

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts are* defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ocwen Loan Servicing** <br> Creditor's name | | $3,720.00 | $189,474.78 | ☑ Mortgage |
| **12650 Ingenuity Dr.,** <br> Number    Street | 06/01/2017 <br> 05/01/2017 <br> 04/01/2017 | | | ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **Orlando**          **FL**   **32826** <br> City          State   ZIP Code | | | | ☐ Other _____ |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **AMERICAN HONDA FINANCE** <br> Creditor's name | | $765.00 | $5,627.32 | ☐ Mortgage |
| **2170 POINT BLVD; SUITE 100** <br> Number    Street | 06/13/2017 <br> 05/13/2017 <br> 04/13/2017 | | | ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **ELGIN**          **IL**   **60123** <br> City          State   ZIP Code | | | | ☐ Other _____ |

Debtor 1   **Michael Fasman**
Debtor 2   **Dina Fasman** _____   Case number (if known) _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **NOTICE OF MOTION** | **MOTION TO CORRECT COURT RECORD** | **THE CIRCUIT COURT OF COOK COUNTY**<br>Court Name<br>**5600 Old Orchard Rd,**<br>Number   Street<br><br>**Sokie**  **IL**  **60077**<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Case number  **16 M3 005553**

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

Debtor 1    **Michael Fasman**

Debtor 2    **Dina Fasman**
_____    Case number (if known) _____

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☑ No
☐ Yes. Fill in the details.

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Michael Fasman**

Debtor 2    **Dina Fasman**

Case number (if known) _____

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 6

Debtor 1  **Michael Fasman**

Debtor 2  **Dina Fasman**
_____  Case number (if known) _____

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

## Part 11:  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.

☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No

☐ Yes.  Fill in the details below.

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____        X _____

Michael Fasman, Debtor 1                    Dina Fasman, Debtor 2

Date  **07/09/2017**                        Date  **07/09/2017**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☐ No

☑ Yes.  Name of person  **Daiva Indriuliene**          Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Michael | | Fasman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dina | | Fasman |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or

- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AMERICAN HONDA FINANCE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: **2011 HONDA CR-V (approx. 60500 miles)** | | |
| Creditor's name: **Ocwen Loan Servicing** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debt will be reaffirmed for fair market value.** | ☐ No<br>☑ Yes |
| Description of property securing debt: **Two bedroom, 2 bath condominium** | | |

| Debtor 1 | **Michael Fasman** | | |
|---|---|---|---|
| Debtor 2 | **Dina Fasman** | Case number (if known) | _____ |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                Will this lease be assumed?

**None.**

## Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____          X _____

Michael Fasman, Debtor 1                    Dina Fasman, Debtor 2

Date  **07/09/2017**                           Date  **07/09/2017**
    MM / DD / YYYY                              MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Michael Fasman**
         **Dina Fasman**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/9/2017 _____

Signature _____
          **Michael Fasman**

Date  7/9/2017 _____

Signature _____
          **Dina Fasman**

Advocate Lutheran General Hospital
Advocate Health Care
P.O. Box: 4249
Carol Stream, IL 60197


Advocate Medical Group
P.O. Box: 92523
Chicago, IL 60675-2523


AMERICAN HONDA FINANCE
2170 POINT BLVD; SUITE 100
ELGIN, IL 60123


ARS National Services, Inc
P.O. Box 469100
Escondido, CA 92046-9100


Bank of America
PO Box 982236
El Paso, TX 79998


Bank of America
400 Christiana Road
Newark, DE 19713


Bank of America
PO Box 982235
El Paso, TX 79998


Bank of America
P.O. Box 982235
El Paso, TX 79998


Capital One
1441 Schilling Place
Salinas, CA 93901

CAPITAL ONE
PO BOX 85064
GLENN ALLEN VA 23058


Capital One - BK
PO Box 85167
Richmond VA 23285.5167


Capital One/Best Buy
1405 Foulk Roud
Wilmington, DE 19808


CB/JCREW
P.O. Box 182273
Columbus, OH 43218


CBNA
PO Box 15687
Wilmington, DE 19880


Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801


Chase Card
800 Brooksedge Blvd
Westerville, OH 43081


Citi
P.O. Box 6500
Sioux Falls, SD 57117


Citi
P.O. Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

Citi
PO Box 6500 C/O Citi Corp
Sioux Falls, SD 57117


Citizens One
1000 Lafayette Blvd.,
Bridgeport, CA 06604


CLIENT SERVICES
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047


Comenity Bank
P.O. Box 182125
Columbus, OH 43218-2125


Credit Control, LLC
P.O. Box: 546
Hazelwood, MO 63042-0546


Department of Education
P.O. Box: 9655
Wilkes-Barre, PA 18773


Discover Bank
P.O. Box 15316
Wilmington, DE 19850


Global Credit & Collection Corp
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656-1490


Harris & Harris Ltd
111 West Jackson Boulevard
Suite 400
Chicago, IL 60604-4134

IL Bone amd Joint Institute
5057 Paysphere Circle,
Chicago, IL 60674


IL BONE AND JOINT INSTITUTE REHAB
5057 PAYSHERE CIRCLE
CHICAGO, IL 60674-5057


Illinois Collection Service, Inc
P.O. Box: 1010
Tinley Park, IL 60477-9110


MCYDSNB
9111 Duke Blvd.
Mason OH 45040


Midland Credit Management, Inc
8875 Arrow Drive Suite 200
San Diego CA 92123


NATIONWIDE CREDIT, INC
P.O. BOX: 14581
DES MOINES, IA 50306-3581


NES of Ohio
29125 Solon Rd
Solon, OH 44139-3442


Northland Group Inc.
PO Box 390900
Minneapolis, MN 55439
Mail Code UBNB


NORTHLAND GROUP, INC
P.O. BOX: 390846
MAIL CODE S0062
MINNEAPOLIS, MN 55439

NorthShore University HealthSystem
Billing Department
23056 Network Place
Chicago, IL 60673-1230


Ocwen Loan Servicing
12650 Ingenuity Dr.,
Orlando, FL 32826


Pinnacle Management Services
830 Roundabout, Suite B
West Dundee, IL 60118


PNC Bank
P.O. Box 500k-A16-2j
Portage, MI 888-762-2265


PNC Bank
P.O. Box 3180
Pittsburgh. PA 15222


Portfolio Recovery Associates LLC
P.O. Box 12914
Norfolk, VA 23541


Ravine Way Surgerry Center LLC
231 West Dresden
Palatine, IL 60067


SUNRISE CREDIT SERVICES, INC
P.O. BOX: 9100
FARMINGDALE, NY 11735-9100


SYNCB/GAP
PO BOX 981400
El Paso, TX 79998

United Collection Bureau inc
5620 Southwyck Blvd #206
Toledo, OH 43614


UNITED RECOVERY SERVICE, L.L.C.
18525 TORRENCE AVE., SUITE C-6
LANSING, IL 60438


United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929


US Bank
3881 Gravois Ave
St. Louis MO 63116


Van Ru Credit Corp
1350 E Touhy Ave., Suite 300E
Des Plaines, IL 60018-9207


Weltman, Weinberg & Reis Co., LPA
323 W Lakeside Ave., Suite 200
Cleveland, OH 44113-1009

Advocate Lutheran General Hospi
Advocate Health Care
P.O. Box: 4249
Carol Stream, IL 60197

Capital One - BK
PO Box 85167
Richmond VA 23285.5167

CLIENT SERVICES
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047

Advocate Medical Group
P.O. Box: 92523
Chicago, IL 60675-2523

Capital One/Best Buy
1405 Foulk Roud
Wilmington, DE 19808

Comenity Bank
P.O. Box 182125
Columbus, OH 43218-2125

AMERICAN HONDA FINANCE
2170 POINT BLVD; SUITE 100
ELGIN, IL 60123

CB/JCREW
P.O. Box 182273
Columbus, OH 43218

Credit Control, LLC
P.O. Box: 546
Hazelwood, MO 63042-0546

ARS National Services, Inc
P.O. Box 469100
Escondido, CA 92046-9100

CBNA
PO Box 15687
Wilmington, DE 19880

Department of Education
P.O. Box: 9655
Wilkes-Barre, PA 18773

Bank of America
PO Box 982236
El Paso, TX 79998

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Discover Bank
P.O. Box 15316
Wilmington, DE 19850

Bank of America
400 Christiana Road
Newark, DE 19713

Chase Card
800 Brooksedge Blvd
Westerville, OH 43081

Global Credit & Collection Co
5440 N. Cumberland Ave., Suit
Chicago, IL 60656-1490

Bank of America
PO Box 982235
El Paso, TX 79998

Citi
P.O. Box 6500
Sioux Falls, SD 57117

Harris & Harris Ltd
111 West Jackson Boulevard
Suite 400
Chicago, IL 60604-4134

Bank of America
P.O. Box 982235
El Paso, TX 79998

Citi
P.O. Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

IL Bone amd Joint Institute
5057 Paysphere Circle,
Chicago, IL 60674

Capital One
1441 Schilling Place
Salinas, CA 93901

Citi
PO Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

IL BONE AND JOINT INSTITUTE R
5057 PAYSHERE CIRCLE
CHICAGO, IL 60674-5057

CAPITAL ONE
PO BOX 85064
GLENN ALLEN VA 23058

Citizens One
1000 Lafayette Blvd.,
Bridgeport, CA 06604

Illinois Collection Service,
P.O. Box: 1010
Tinley Park, IL 60477-9110

MCYDSNB
9111 Duke Blvd.
Mason OH 45040

PNC Bank
P.O. Box 3180
Pittsburgh. PA 15222

Weltman, Weinberg & Reis Co.,
323 W Lakeside Ave., Suite 20
Cleveland, OH 44113-1009

Midland Credit Management, Inc
8875 Arrow Drive Suite 200
San Diego CA 92123

Portfolio Recovery Associates L
P.O. Box 12914
Norfolk, VA 23541

NATIONWIDE CREDIT, INC
P.O. BOX: 14581
DES MOINES, IA 50306-3581

Ravine Way Surgerry Center LLC
231 West Dresden
Palatine, IL 60067

NES of Ohio
29125 Solon Rd
Solon, OH 44139-3442

SUNRISE CREDIT SERVICES, INC
P.O. BOX: 9100
FARMINGDALE, NY 11735-9100

Northland Group Inc.
PO Box 390900
Minneapolis, MN 55439
Mail Code UBNB

SYNCB/GAP
PO BOX 981400
El Paso, TX 79998

NORTHLAND GROUP, INC
P.O. BOX: 390846
MAIL CODE S0062
MINNEAPOLIS, MN 55439

United Collection Bureau inc
5620 Southwyck Blvd #206
Toledo, OH 43614

NorthShore University HealthSys
Billing Department
23056 Network Place
Chicago, IL 60673-1230

UNITED RECOVERY SERVICE, L.L.C.
18525 TORRENCE AVE., SUITE C-6
LANSING, IL 60438

Ocwen Loan Servicing
12650 Ingenuity Dr.,
Orlando, FL 32826

United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929

Pinnacle Management Services
830 Roundabout, Suite B
West Dundee, IL 60118

US Bank
3881 Gravois Ave
St. Louis MO 63116

PNC Bank
P.O. Box 500k-A16-2j
Portage, MI 888-762-2265

Van Ru Credit Corp
1350 E Touhy Ave., Suite 300E
Des Plaines, IL 60018-9207

Advocate Lutheran General
Hospital
Advocate Health Care
P.O. Box: 4249
Carol Stream, IL 60197

Advocate Medical Group
P.O. Box: 92523
Chicago, IL 60675-2523

AMERICAN HONDA FINANCE
2170 POINT BLVD; SUITE 100
ELGIN, IL 60123

ARS National Services, Inc
P.O. Box 469100
Escondido, CA 92046-9100

Bank of America
PO Box 982236
El Paso, TX 79998

Bank of America
400 Christiana Road
Newark, DE 19713

Bank of America
PO Box 982235
El Paso, TX 79998

Bank of America
P.O. Box 982235
El Paso, TX 79998

Capital One
1441 Schilling Place
Salinas, CA 93901

CAPITAL ONE
PO BOX 85064
GLENN ALLEN VA 23058

Capital One - BK
PO Box 85167
Richmond VA 23285.5167

Capital One/Best Buy
1405 Foulk Roud
Wilmington, DE 19808

CB/JCREW
P.O. Box 182273
Columbus, OH 43218

CBNA
PO Box 15687
Wilmington, DE 19880

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Chase Card
800 Brooksedge Blvd
Westerville, OH 43081

Citi
P.O. Box 6500
Sioux Falls, SD 57117

Citi
P.O. Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

Citi
PO Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

Citizens One
1000 Lafayette Blvd.,
Bridgeport, CA 06604

CLIENT SERVICES
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047

Comenity Bank
P.O. Box 182125
Columbus, OH 43218-2125

Credit Control, LLC
P.O. Box: 546
Hazelwood, MO 63042-0546

Department of Education
P.O. Box: 9655
Wilkes-Barre, PA 18773

Discover Bank
P.O. Box 15316
Wilmington, DE 19850

Global Credit & Collection
Corp
5440 N. Cumberland Ave., Suit
300
Chicago, IL 60656-1490

Harris & Harris Ltd
111 West Jackson Boulevard
Suite 400
Chicago, IL 60604-4134

IL Bone amd Joint Institute
5057 Paysphere Circle,
Chicago, IL 60674

IL BONE AND JOINT INSTITUTE
REHAB
5057 PAYSHERE CIRCLE
CHICAGO, IL 60674-5057

Illinois Collection Service,
Inc
P.O. Box: 1010
Tinley Park, IL 60477-9110

MCYDSNB
9111 Duke Blvd.
Mason OH 45040

PNC Bank
P.O. Box 3180
Pittsburgh. PA 15222

Weltman, Weinberg & Reis Co.,
LPA
323 W Lakeside Ave., Suite 20
Cleveland, OH 44113-1009

Midland Credit Management, Inc
8875 Arrow Drive Suite 200
San Diego CA 92123

Portfolio Recovery Associates
LLC
P.O. Box 12914
Norfolk, VA 23541

NATIONWIDE CREDIT, INC
P.O. BOX: 14581
DES MOINES, IA 50306-3581

Ravine Way Surgerry Center LLC
231 West Dresden
Palatine, IL 60067

NES of Ohio
29125 Solon Rd
Solon, OH 44139-3442

SUNRISE CREDIT SERVICES, INC
P.O. BOX: 9100
FARMINGDALE, NY 11735-9100

Northland Group Inc.
PO Box 390900
Minneapolis, MN 55439
Mail Code UBNB

SYNCB/GAP
PO BOX 981400
El Paso, TX 79998

NORTHLAND GROUP, INC
P.O. BOX: 390846
MAIL CODE S0062
MINNEAPOLIS, MN 55439

United Collection Bureau inc
5620 Southwyck Blvd #206
Toledo, OH 43614

NorthShore University
HealthSystem
Billing Department
23056 Network Place
Chicago, IL 60673-1230

UNITED RECOVERY SERVICE,
L.L.C.
18525 TORRENCE AVE., SUITE C-6
LANSING, IL 60438

Ocwen Loan Servicing
12650 Ingenuity Dr.,
Orlando, FL 32826

United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929

Pinnacle Management Services
830 Roundabout, Suite B
West Dundee, IL 60118

US Bank
3881 Gravois Ave
St. Louis MO 63116

PNC Bank
P.O. Box 500k-A16-2j
Portage, MI 888-762-2265

Van Ru Credit Corp
1350 E Touhy Ave., Suite 300E
Des Plaines, IL 60018-9207

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Michael Fasman**
        **Dina Fasman**

CASE NO.

CHAPTER   **7**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 9, 2017, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Date: ___**7/9/2017**___

_____
Attorney for the Debtor(s)

| | | |
|---|---|---|
| Advocate Lutheran General Hospital<br>347554032<br>Advocate Health Care<br>P.O. Box: 4249<br>Carol Stream, IL 60197 | Bank of America<br>****<br>400 Christiana Road<br>Newark, DE 19713 | Capital One<br>318836298055<br>1441 Schilling Place<br>Salinas, CA 93901 |
| Advocate Medical Group<br>100326355<br>P.O. Box: 92523<br>Chicago, IL 60675-2523 | Bank of America<br>4147-3710-4982-7216<br>PO Box 982235<br>El Paso, TX 79998 | CAPITAL ONE<br>****<br>PO BOX 85064<br>GLENN ALLEN VA 23058 |
| AMERICAN HONDA FINANCE<br>182028074<br>2170 POINT BLVD; SUITE 100<br>ELGIN, IL 60123 | Bank of America<br>5466-3309-9926-3681<br>PO Box 982235<br>El Paso, TX 79998 | Capital One - BK<br>48102856464<br>PO Box 85167<br>Richmond VA 23285.5167 |
| ARS National Services, Inc<br>32341491<br>P.O. Box 469100<br>Escondido, CA 92046-9100 | Bank of America<br>5466-3204-0681-8961<br>PO Box 982235<br>El Paso, TX 79998 | Capital One - BK<br>601604-7847274987<br>PO Box 85167<br>Richmond VA 23285.5167 |
| Bank of America<br>5490-3514-1401-8831<br>PO Box 982236<br>El Paso, TX 79998 | Bank of America<br>4800-1159-9658-0031<br>P.O. Box 982235<br>El Paso, TX 79998 | Capital One - BK<br>601604-7844775960<br>PO Box 85167<br>Richmond VA 23285.5167 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Michael Fasman**
        **Dina Fasman**

CASE NO.

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

---

Capital One/Best Buy
169601-1175725198
1405 Foulk Roud
Wilmington, DE 19808

Citi
542418075926
P.O. Box 6500
Sioux Falls, SD 57117

CLIENT SERVICES
22656574
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047

CB/JCREW
585637200804
P.O. Box 182273
Columbus, OH 43218

Citi
518752020749
P.O. Box 6500
Sioux Falls, SD 57117

CLIENT SERVICES
22306387
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047

CBNA
629404237
PO Box 15687
Wilmington, DE 19880

Citi
546616014772
P.O. Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

Comenity Bank
****
P.O. Box 182125
Columbus, OH 43218-2125

Chase
426684128416
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Citi
412800385407
PO Box 6500 C/O Citi Corp
Sioux Falls, SD 57117

Credit Control, LLC
PRS12943807
P.O. Box: 546
Hazelwood, MO 63042-0546

Chase Card
518337247001
800 Brooksedge Blvd
Westerville, OH 43081

Citizens One
554514100183
1000 Lafayette Blvd.,
Bridgeport, CA 06604

Credit Control, LLC
PRS12944820
P.O. Box: 546
Hazelwood, MO 63042-0546

Chase Card
426684106546
800 Brooksedge Blvd
Westerville, OH 43081

CLIENT SERVICES
22655528
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047

Credit Control, LLC
PRS12945163
P.O. Box: 546
Hazelwood, MO 63042-0546

Chase Card
426688006526
800 Brooksedge Blvd
Westerville, OH 43081

CLIENT SERVICES
22655913
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047

Department of Education
90994009641E00220130
P.O. Box: 9655
Wilkes-Barre, PA 18773

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Michael Fasman**
         **Dina Fasman**

CASE NO.

CHAPTER    **7**

### CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Discover Bank<br>601100748028<br>P.O. Box 15316<br>Wilmington, DE 19850 | IL BONE AND JOINT INSTITUTE<br>REHAB<br>P1475492<br>5057 PAYSHERE CIRCLE<br>CHICAGO, IL 60674-5057 | NES of Ohio<br>19984718<br>29125 Solon Rd<br>Solon, OH 44139-3442 |
| Global Credit & Collection Corp<br>2201744022017440<br>5440 N. Cumberland Ave., Suite 300<br>Chicago, IL 60656-1490 | Illinois Collection Service, Inc<br>16818019<br>P.O. Box: 1010<br>Tinley Park, IL 60477-9110 | NES of Ohio<br>19984682<br>29125 Solon Rd<br>Solon, OH 44139-3442 |
| Global Credit & Collection Corp<br>2201758922017589<br>5440 N. Cumberland Ave., Suite 300<br>Chicago, IL 60656-1490 | MCYDSNB<br>****<br>9111 Duke Blvd.<br>Mason OH 45040 | Northland Group Inc.<br>F63800600<br>PO Box 390900<br>Minneapolis, MN 55439<br>Mail Code UBNB |
| Global Credit & Collection Corp<br>2201844922018449<br>5440 N. Cumberland Ave., Suite 300<br>Chicago, IL 60656-1490 | Michael Fasman<br>1402 Nottingam Ct., Suite C2<br>Wheeling, IL 60090 | NORTHLAND GROUP, INC<br>F78616763<br>P.O. BOX: 390846<br>MAIL CODE S0062<br>MINNEAPOLIS, MN 55439 |
| Harris & Harris Ltd<br>2664644<br>111 West Jackson Boulevard<br>Suite 400<br>Chicago, IL 60604-4134 | Midland Credit Management, Inc<br>8565802957<br>8875 Arrow Drive Suite 200<br>San Diego CA 92123 | NorthShore University HealthSystem<br>1708198<br>Billing Department<br>23056 Network Place<br>Chicago, IL 60673-1230 |
| Harris & Harris Ltd<br>26646244<br>111 West Jackson Boulevard<br>Suite 400<br>Chicago, IL 60604-4134 | NATIONWIDE CREDIT, INC<br>17079348474<br>P.O. BOX: 14581<br>DES MOINES, IA 50306-3581 | Ocwen Loan Servicing<br>602195492<br>12650 Ingenuity Dr.,<br>Orlando, FL 32826 |
| IL Bone amd Joint Institute<br>P1475492<br>5057 Paysphere Circle,<br>Chicago, IL 60674 | NES of Ohio<br>19984495<br>29125 Solon Rd<br>Solon, OH 44139-3442 | Pinnacle Management Services<br>37905701<br>830 Roundabout, Suite B<br>West Dundee, IL 60118 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Michael Fasman**
**Dina Fasman**

CASE NO.

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #3)

Pinnacle Management Services
37909014
830 Roundabout, Suite B
West Dundee, IL 60118

United Collection Bureau inc
53870510
5620 Southwyck Blvd #206
Toledo, OH 43614

PNC Bank
431196602716
P.O. Box 500k-A16-2j
Portage, MI 888-762-2265

UNITED RECOVERY SERVICE, L.L.C.
500707734
18525 TORRENCE AVE., SUITE C-6
LANSING, IL 60438

PNC Bank
4311-9670-5711-7562
P.O. Box 3180
Pittsburgh. PA 15222

United Recovery Systems, LP
XXXX/5764
PO Box 722929
Houston, TX 77272-2929

Portfolio Recovery Associates LLC
5856372008045087
P.O. Box 12914
Norfolk, VA 23541

US Bank
403784004393
3881 Gravois Ave
St. Louis MO 63116

Ravine Way Surgery Center LLC
23699-1
231 West Dresden
Palatine, IL 60067

Van Ru Credit Corp
36210511-0207494055
1350 E Touhy Ave., Suite 300E
Des Plaines, IL 60018-9207

SUNRISE CREDIT SERVICES, INC
25794052
P.O. BOX: 9100
FARMINGDALE, NY 11735-9100

Weltman, Weinberg & Reis Co., LPA
20998381
323 W Lakeside Ave., Suite 200
Cleveland, OH 44113-1009

SYNCB/GAP
447994135443
PO BOX 981400
El Paso, TX 79998

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                          Case No.:
**Michael Fasman**                              SSN:  __xxx-xx-8597__
**Dina Fasman**                                 SSN:  __xxx-xx-9889__
Debtor(s)
Address:                                        ## Numbered Listing of Creditors
**1402 Nottingam Ct., Suite C2**                Chapter:    7
**Wheeling, IL 60090**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1. Advocate Lutheran General Hospital<br>Advocate Health Care<br>P.O. Box: 4249<br>Carol Stream, IL 60197<br>347554032 | Unsecured Claim | $344.01 |
| 2. Advocate Medical Group<br>P.O. Box: 92523<br>Chicago, IL 60675-2523<br>100326355 | Unsecured Claim | $49.16 |
| 3. AMERICAN HONDA FINANCE<br>2170 POINT BLVD; SUITE 100<br>ELGIN, IL 60123<br>182028074 | Secured Claim | $5,627.32 |
| 4. ARS National Services, Inc<br>P.O. Box 469100<br>Escondido, CA 92046-9100<br>32341491 | Unsecured Claim | $18,564.09 |
| 5. Bank of America<br>PO Box 982236<br>El Paso, TX 79998<br>5490-3514-1401-8831 | Unsecured Claim | $3,000.00 |
| 6. Bank of America<br>400 Christiana Road<br>Newark, DE 19713<br>**** | Unsecured Claim | $3,000.00 |

in re:  **Michael Fasman**
_____
Debtor

Case No. (if known)
_____

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Bank of America<br>PO Box 982235<br>El Paso, TX 79998<br>4147-3710-4982-7216 | Unsecured Claim | $2,887.00 |
| 8.  Bank of America<br>PO Box 982235<br>El Paso, TX 79998<br>5466-3309-9926-3681 | Unsecured Claim | $8,126.00 |
| 9.  Bank of America<br>PO Box 982235<br>El Paso, TX 79998<br>5466-3204-0681-8961 | Unsecured Claim | $6,882.00 |
| 10.  Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998<br>4800-1159-9658-0031 | Unsecured Claim | $5,755.00 |
| 11.  Capital One<br>1441 Schilling Place<br>Salinas, CA 93901<br>318836298055 | Unsecured Claim | $5.00 |
| 12.  CAPITAL ONE<br>PO BOX 85064<br>GLENN ALLEN VA 23058<br>**** | Unsecured Claim | $500.00 |
| 13.  Capital One - BK<br>PO Box 85167<br>Richmond VA 23285.5167<br>48102856464 | Unsecured Claim | $505.00 |
| 14.  Capital One - BK<br>PO Box 85167<br>Richmond VA 23285.5167<br>601604-7847274987 | Unsecured Claim | $304.00 |
| 15.  Capital One - BK<br>PO Box 85167<br>Richmond VA 23285.5167<br>601604-7844775960 | Unsecured Claim | $1,000.00 |

in re:   **Michael Fasman**

_____

| | | |
|---|---|---|
| Debtor | | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.   Capital One/Best Buy<br>1405 Foulk Roud<br>Wilmington, DE 19808<br>169601-1175725198 | Unsecured Claim | $109.00 |
| 17.   CB/JCREW<br>P.O. Box 182273<br>Columbus, OH 43218<br>585637200804 | Unsecured Claim | $981.00 |
| 18.   CBNA<br>PO Box 15687<br>Wilmington, DE 19880<br>629404237 | Unsecured Claim | $600.00 |
| 19.   Chase<br>201 N Walnut St<br>Mailstop DE1-1027<br>Wilmington, DE 19801<br>426684128416 | Unsecured Claim | $4,254.00 |
| 20.   Chase Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081<br>518337247001 | Unsecured Claim | $5,100.00 |
| 21.   Chase Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081<br>426684106546 | Unsecured Claim | $1,800.00 |
| 22.   Chase Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081<br>426688006526 | Unsecured Claim | $5,000.00 |
| 23.   Citi<br>P.O. Box 6500<br>Sioux Falls, SD 57117<br>542418075926 | Unsecured Claim | $4,000.00 |
| 24.   Citi<br>P.O. Box 6500<br>Sioux Falls, SD 57117<br>518752020749 | Unsecured Claim | $4,000.00 |

in re:   **Michael Fasman**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 25.  Citi<br>P.O. Box 6500 C/O Citi Corp<br>Sioux Falls, SD 57117<br>546616014772 | Unsecured Claim | $18,564.00 |
| 26.  Citi<br>PO Box 6500 C/O Citi Corp<br>Sioux Falls, SD 57117<br>412800385407 | Unsecured Claim | $3,317.00 |
| 27.  Citizens One<br>1000 Lafayette Blvd.,<br>Bridgeport, CA 06604<br>554514100183 | Unsecured Claim | $4,210.00 |
| 28.  CLIENT SERVICES<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES, MO 63301-4047<br>22655528 | Unsecured Claim | $8,130.00 |
| 29.  CLIENT SERVICES<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES, MO 63301-4047<br>22655913 | Unsecured Claim | $5,756.00 |
| 30.  CLIENT SERVICES<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES, MO 63301-4047<br>22656574 | Unsecured Claim | $6,883.00 |
| 31.  CLIENT SERVICES<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES, MO 63301-4047<br>22306387 | Unsecured Claim | $1,064.00 |
| 32.  Comenity Bank<br>P.O. Box 182125<br>Columbus, OH 43218-2125<br>**** | Unsecured Claim | $1,000.00 |
| 33.  Credit Control, LLC<br>P.O. Box: 546<br>Hazelwood, MO 63042-0546<br>PRS12943807 | Unsecured Claim | $8,126.35 |

in re:  **Michael Fasman**

_____

Debtor

Case No. (if known)

_____

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.  Credit Control, LLC<br>P.O. Box: 546<br>Hazelwood, MO 63042-0546<br>PRS12944820 | Unsecured Claim | $6,882.86 |
| 35.  Credit Control, LLC<br>P.O. Box: 546<br>Hazelwood, MO 63042-0546<br>PRS12945163 | Unsecured Claim | $5,755.34 |
| 36.  Department of Education<br>P.O. Box: 9655<br>Wilkes-Barre, PA 18773<br>90994009641E00220130 | Unsecured Claim | $12,303.00 |
| 37.  Discover Bank<br>P.O. Box 15316<br>Wilmington, DE 19850<br>601100748028 | Unsecured Claim | $6,180.00 |
| 38.  Global Credit & Collection Corp<br>5440 N. Cumberland Ave., Suite 300<br>Chicago, IL 60656-1490<br>2201744022017440 | Unsecured Claim | $6,882.86 |
| 39.  Global Credit & Collection Corp<br>5440 N. Cumberland Ave., Suite 300<br>Chicago, IL 60656-1490<br>2201758922017589 | Unsecured Claim | $8,126.35 |
| 40.  Global Credit & Collection Corp<br>5440 N. Cumberland Ave., Suite 300<br>Chicago, IL 60656-1490<br>2201844922018449 | Unsecured Claim | $5,755.34 |
| 41.  Harris & Harris Ltd<br>111 West Jackson Boulevard<br>Suite 400<br>Chicago, IL 60604-4134<br>2664644 | Unsecured Claim | $365.00 |
| 42.  Harris & Harris Ltd<br>111 West Jackson Boulevard<br>Suite 400<br>Chicago, IL 60604-4134<br>26646244 | Unsecured Claim | $365.00 |

in re:   **Michael Fasman**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 43.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $1,569.75 |
| 44.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $129.76 |
| 45.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $335.00 |
| 46.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $1,608.00 |
| 47.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $33.99 |
| 48.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $129.76 |
| 49.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $144.58 |
| 50.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $77.87 |
| 51.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $1,940.23 |

in re:  **Michael Fasman**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $1,608.26 |
| 53.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $2,058.43 |
| 54.  IL Bone amd Joint Institute<br>5057 Paysphere Circle,<br>Chicago, IL 60674<br>P1475492 | Unsecured Claim | $144.58 |
| 55.  IL BONE AND JOINT INSTITUTE REHAB<br>5057 PAYSHERE CIRCLE<br>CHICAGO, IL 60674-5057<br>P1475492 | Unsecured Claim | $203.86 |
| 56.  IL BONE AND JOINT INSTITUTE REHAB<br>5057 PAYSHERE CIRCLE<br>CHICAGO, IL 60674-5057<br>P1475492 | Unsecured Claim | $183.26 |
| 57.  Illinois Collection Service, Inc<br>P.O. Box: 1010<br>Tinley Park, IL 60477-9110<br>16818019 | Unsecured Claim | $1,485.78 |
| 58.  MCYDSNB<br>9111 Duke Blvd.<br>Mason OH 45040<br>**** | Unsecured Claim | $100.00 |
| 59.  Midland Credit Management, Inc<br>8875 Arrow Drive Suite 200<br>San Diego CA 92123<br>8565802957 | Unsecured Claim | $9,139.00 |
| 60.  NATIONWIDE CREDIT, INC<br>P.O. BOX: 14581<br>DES MOINES, IA 50306-3581<br>17079348474 | Unsecured Claim | $4,255.00 |

in re: **Michael Fasman**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 61. NES of Ohio<br>29125 Solon Rd<br>Solon, OH 44139-3442<br>19984495 | Unsecured Claim | $5,755.34 |
| 62. NES of Ohio<br>29125 Solon Rd<br>Solon, OH 44139-3442<br>19984718 | Unsecured Claim | $8,126.35 |
| 63. NES of Ohio<br>29125 Solon Rd<br>Solon, OH 44139-3442<br>19984682 | Unsecured Claim | $6,882.86 |
| 64. Northland Group Inc.<br>PO Box 390900<br>Minneapolis, MN 55439<br>Mail Code UBNB<br>F63800600 | Unsecured Claim | $10,951.68 |
| 65. NORTHLAND GROUP, INC<br>P.O. BOX: 390846<br>MAIL CODE S0062<br>MINNEAPOLIS, MN 55439<br>F78616763 | Unsecured Claim | $3,282.00 |
| 66. NorthShore University HealthSystem<br>Billing Department<br>23056 Network Place<br>Chicago, IL 60673-1230<br>1708198 | Unsecured Claim | $304.50 |
| 67. Ocwen Loan Servicing<br>12650 Ingenuity Dr.,<br>Orlando, FL 32826<br>602195492 | Secured Claim | $189,474.78 |
| 68. Pinnacle Management Services<br>830 Roundabout, Suite B<br>West Dundee, IL 60118<br>37905701 | Unsecured Claim | $240.20 |
| 69. Pinnacle Management Services<br>830 Roundabout, Suite B<br>West Dundee, IL 60118<br>37909014 | Unsecured Claim | $64.30 |

in re:   **Michael Fasman**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| Creditor name and mailing address | Category of claim | | Amount of claim |
| 70.  PNC Bank<br>P.O. Box 500k-A16-2j<br>Portage, MI 888-762-2265<br>431196602716 | Unsecured Claim | | $1,500.00 |
| 71.  PNC Bank<br>P.O. Box 3180<br>Pittsburgh. PA 15222<br>4311-9670-5711-7562 | Unsecured Claim | | $8,800.00 |
| 72.  Portfolio Recovery Associates LLC<br>P.O. Box 12914<br>Norfolk, VA 23541<br>5856372008045087 | Unsecured Claim | | $981.55 |
| 73.  Ravine Way Surgerry Center LLC<br>231 West Dresden<br>Palatine, IL 60067<br>23699-1 | Unsecured Claim | | $1,485.78 |
| 74.  SUNRISE CREDIT SERVICES, INC<br>P.O. BOX: 9100<br>FARMINGDALE, NY 11735-9100<br>25794052 | Unsecured Claim | | $20,764.55 |
| 75.  SYNCB/GAP<br>PO BOX 981400<br>El Paso, TX 79998<br>447994135443 | Unsecured Claim | | $1,024.00 |
| 76.  United Collection Bureau inc<br>5620 Southwyck Blvd #206<br>Toledo, OH 43614<br>53870510 | Unsecured Claim | | $3,317.10 |
| 77.  UNITED RECOVERY SERVICE, L.L.C.<br>18525 TORRENCE AVE., SUITE C-6<br>LANSING, IL 60438<br>500707734 | Unsecured Claim | | $49.16 |
| 78.  United Recovery Systems, LP<br>PO Box 722929<br>Houston, TX 77272-2929<br>XXXX/5764 | Unsecured Claim | | $10,951.68 |

in re:   **Michael Fasman**

_____
Debtor

Case No. (if known)
_____

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79.   US Bank<br>3881 Gravois Ave<br>St. Louis MO 63116<br>403784004393 | Unsecured Claim | $10,951.00 |
| 80.   Van Ru Credit Corp<br>1350 E Touhy Ave., Suite 300E<br>Des Plaines, IL 60018-9207<br>36210511-0207494055 | Unsecured Claim | $218.10 |
| 81.   Weltman, Weinberg & Reis Co., LPA<br>323 W Lakeside Ave., Suite 200<br>Cleveland, OH 44113-1009<br>20998381 | Unsecured Claim | $8,800.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Michael Fasman**
_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   _Numbered Listing of Creditors,_
consisting of ___10___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: _____   Date: _7/9/2017_____
   **Michael Fasman**

Spouse: _____   Date: _7/9/2017_____
   **Dina Fasman**

## Underlying Allowances (as of 07/12/2017)

In re: **Michael Fasman**
**Dina Fasman**

Case Number:
Chapter:      **7**

| Median Income Information | |
|---|---|
| State of Residence | **Illinois** |
| Household Size | **4** |
| Median Income per Census Bureau Data | **$91,216.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **4** |
| Gross Monthly Income | **$5,648.95** |
| Income Level | **Not Applicable** |
| Food | **$845.00** |
| Housekeeping Supplies | **$65.00** |
| Apparel and Services | **$293.00** |
| Personal Care Products and Services | **$77.00** |
| Miscellaneous | **$370.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$1,650.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$49.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$117.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$0.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Illinois** |
| County or City Name | **Cook County** |
| Family Size | **Family of 4** |
| Non-Mortgage Expenses | **$684.00** |
| Mortgage/Rent Expense Allowance | **$1,773.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$3,157.91** |
| Equals Net Mortgage/Rental Expense | **$0.00** |
| Housing and Utilities Adjustment | **$0.00** |

## Underlying Allowances (as of 07/12/2017)

In re: **Michael Fasman**
**Dina Fasman**

Case Number:
Chapter:     **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation ||
|---|---|
| Transportation Region | Chicago |
| Number of Vehicles Operated | 1 |
| Allowance | $241.00 |

| Local Standards: Transportation; Additional Public Transportation Expense ||
|---|---|
| Transportation Region | Chicago |
| Allowance (if entitled) | $189.00 |
| Amount Claimed | $0.00 |

| Local Standards: Transportation; Ownership/Lease Expense |||
|---|---|---|
| Transportation Region | Chicago ||
| Number of Vehicles with Ownership/Lease Expense | 1 ||
| | **First Car** | **Second Car** |
| Allowance | $485.00 | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | $93.79 | |
| Equals Net Ownership / Lease Expense | $391.21 | |